THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 Jeffrey
 Thompson and John Smith, Appellants,
 
 
 
 
 

v.

 
 
 
 
 Dorchester
 County, Respondent.
 
 
 
 
 

Appeal from Dorchester County
 James C. Williams, Jr., Circuit Court
Judge

Memorandum Opinion No. 2009-MO-059
 Heard October 20, 2009  Filed November 9,
2009

AFFIRMED

 
 
 
 John 
 OLeary, of O'Leary & Associates, of Columbia, for Appellants.
 Caroline
 Wrenn Cleveland, of Cleveland Law, of Charleston, for Respondent.
 
 
 

___________
PER CURIAM:  Appellants Jeffrey Thompson and John Smith, who are former Dorchester County deputy
 sheriffs, filed suit against Respondent Dorchester County after they were terminated from their positions. 
 The trial court granted Respondents motion for summary judgment.  We affirm
 pursuant to Rule 220(b)(1), SCACR, in light of our settled law that the sheriff
 and the sheriffs deputies are state officers and not county employees.  See S.C. Const. art. V, § 24 (establishing
 the sheriff as an elected office); S.C. Code Ann. § 23-13-10
 (Supp. 2008) (granting the sheriff authority to hire deputies and holding the
 sheriff responsible for the neglect or misconduct of his deputies); Cone v.
 Nettles, 308 S.C. 109, 112, 417 S.E.2d 523, 525 (1992) (holding that a
 sheriffs deputy is a state official); Heath
 v. Aiken County,
 295 S.C. 416, 418, 368 S.E.2d 904, 905 (1988) (holding that the sheriffs
 deputies are not county employees).  Further, we also affirm
 pursuant to S.C. Code Ann. § 15-78-110 (Supp. 2008) (establishing a two-year
 statute of limitations when suing a governmental entity for a tort).  
TOAL, C.J., WALLER,
 PLEICONES, BEATTY and KITTREDGE, JJ., concur.